# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:18-cr-00011 |
| | ) | DISTRICT JUDGE CAMPBELL |
| KENNETH THREALKILL | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Evidentiary Hearing scheduled for Friday, January 10, 2020, is CANCELLED.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE